**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Criminal Action No. 08-cr-00116-MSK-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. TRAN VAN,

    Defendant.

**ORDER CONCERNING PRESENTENCE INVESTIGATION REPORT**

    The Defendant has entered a plea of guilty pursuant to a plea agreement entered into with the United States of America. This agreement includes a stipulation of facts setting forth the circumstances of the commission of the offense and the circumstances affecting the Defendant's behavior. Upon consideration of that stipulation, this Court finds and concludes that the factual stipulation is sufficient and that it satisfies the requirements of Rule 32(c)(2)(B) of the Federal Rules of Criminal Procedure. It is also this Court's conclusion that it is inappropriate for the probation service to conduct an independent investigation into the offense behavior because: 1) it would be inconsistent with the parties' plea agreement and could adversely affect the rights of the parties; and 2) an independent investigation and presentation of facts by a nonparty without compliance with the Federal Rules of Evidence is a denial of due process of law. Accordingly, it is

    **ORDERED** that in making the presentence investigation and report in this case, the probation service will include the stipulation of facts as the statement of the circumstances of the

commission of the offense and circumstances affecting the Defendant's behavior without conducting any independent investigation and that such statements, alone, shall be considered by this Court in making its determination under 18 U.S.C. § 3553(a)(1) with respect to the nature and circumstances of the offense.

DATED this 15th day of October, 2008.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge