IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover        Date: February 9, 2009
Court Reporter:   Paul Zuckerman
Probation Officer: Douglas Randolph

Criminal Action No. 08-cr-00116-MSK

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Wayne Campbell

    Plaintiff,

v.

6. TRAN VAN,                              Patrick Butler

    Defendant.

---

## SENTENCING MINUTES
_____

**10:07 a.m.      Court in session**.

Defendant present on bond.

**Change of Plea Hearing on October 14, 2008. Defendant pled guilty to Count 3 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument by Mr. Butler. The Government stipulates to a variance sentence.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

**10:28 a.m.      Court in recess**
**10:38 a.m.      Court in session**

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** The Government's Motion to Dismiss Counts 1, 2 and 4 of the Indictment **(Doc. #180)** is **DENIED** as moot.

**ORDER:** Defendant's Motion to Reduce Sentence (variance) **(Doc. #179)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**10:54 a.m.** **Court in recess.**

Total Time: 37 minutes.
Hearing concluded.